Daniel WEBSTER and Peggy Webster, et al., Plaintiffs–Cross–Appellants,

Webster Green Thumb Company, and others similarly situated, Plaintiffs–Appellees, Cross–Appellants,

v.

FULTON COUNTY, GEORGIA, Defendant–Appellant, Cross–Appellee,

Mike Kenn; Michael Hightower, et al., Defendants–Cross–Appellees.

No. 99–12216.

United States Court of Appeals, Eleventh Circuit.

July 19, 2000.

Deborah McIver Floyd, The Floyd Law Offices, Peachtree City, GA, Charles George Hicks, Atlanta, GA, Donald B. Verrilli, Jr., Jenner & Block, Washington, DC, for Fulton County, Ga.

Richmond Mason Barge, Parks, Chesin & Miller, P.C., Patrick W. McKee, Atlanta, GA, for Plaintiffs–Appellees, Cross–Appellants.

Before ANDERSON, Chief Judge, and DUBINA and HILL, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the basis of the opinion of the district court published at 51 F.Supp.2d 1354 (N.D.Ga.1999).

AFFIRMED.[1]

---

1. We decline to address appellants' challenge to the scope of the injunction. The argument was not presented to the district court; rather, it was raised for the first time on appeal.